IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 19-03161-01/15-CR-S-RK |
| JERRY WHEELER, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Jerry Wheeler's Motion to Quash Search Warrant and Suppress Evidence. (Doc. 348). Following a hearing, Chief United States Magistrate Judge David P. Rush issued his Report and Recommendation recommending that Defendant's motion be denied. (Doc. 401.) Defendant filed Objections to the Report and Recommendation (Doc. 406). After careful consideration, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety; **DENIES** Defendant's motion; and **OVERRULES** Defendant's objections to the report and recommendation.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 25, 2022